IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Timothy & Kimberly Knaus | ) | |
| _____ | ) | |
| IN RE: | ) | |
| Timothy & Kimberly Knaus | ) | Case No.  17-25183-CMB |
| Debtor/Movant | ) | Hearing Date 5/08/19 @10:00am |
| v. | ) | |
| Shellpoint Mortgage | ) | |
| Creditor/Respondent | ) | |
| | ) | |
| Ronda Winnecour, | ) | Chapter 13 |
| Trustee | ) | Response Deadline: 4/29/19 |

**CERTIFICATE OF NO OBJECTION
ON THE DEBTOR'S MOTION APPROVE NON-LMP PERMANENT LOAN
MODIFICATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on __4/11/19__ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than ___4/29/19___.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

                                                            BURDELSKI LAW OFFICES

DATE__4/30/19                         __/s/Russell A. Burdelski, Esquire_____
                                                         R. Burdelski, Esquire PA I.D. # 72688
                                                         Burdelski Law Offices
                                                         1020 Perry Highway
                                                         Pittsburgh, PA 15237
                                                         (412) 366-1511
                                                         atyrusb@choiceonemail.com