IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Timothy & Kimberly Knaus ) | |
| _____ ) | |
| IN RE: ) | |
| Timothy & Kimberly Knaus ) | Case No. 17-25183-CMB |
|     Debtor/Movant ) | Hearing Date 5/08/19 @10:00am |
| v. ) | |
| Shellpoint Mortgage ) | Related to Doc. No. 57 |
|     Creditor/Respondent ) | |
| ) | |
| Ronda Winnecour, ) | Chapter 13 |
|     Trustee ) | Response Deadline: 4/29/19 |

# ENTERED BY DEFAULT

## ORDER APPROVING PERMANENT NON-LMP LOAN MODIFICATION

**AND NOW**, this ___2nd___ day of ___May___, 20__19__, upon Consideration of the Debtor, Timothy & Kimberly Knaus's **Motion to Approve Permanent Non-LMP Loan Modification**, after notice and opportunity to be heard in Courtroom B, 54th floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, this date,

It is hereby **ORDERED, ADJUDGED, AND DECREED** THAT:

The Permanent Loan Modification is approved regarding the first mortgage on premises located at 8737 Wittmer Road, Pittsburgh, PA 15237.

FILED
5/2/19 9:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

atyrusb@choiceonemail.com

By the Court,

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-25183-CMB
TIMOTHY W. KNAUS                                                          Chapter 13
KIMBERLY A. KNAUS
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric              Page 1 of 1           Date Rcvd: May 02, 2019
                             Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db/jdb         +TIMOTHY W. KNAUS,    KIMBERLY A. KNAUS,    8737 WITTMER ROAD,    PITTSBURGH, PA 15237-4144
14764967       +SHELLPOINT MORTGAGE SERVICES,    PO BOX 10826,    Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Shellpoint Mortgage Servicing as servicer for MTGL
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    MTGLQ Investors, L.P. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Alexandra Teresa Garcia    on behalf of Creditor    MTGLQ INVESTORS, L.P. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              James Warmbrodt    on behalf of Creditor    Shellpoint Mortgage Servicing as servicer for MTGLQ
               Investors, L.P. bkgroup@kmllawgroup.com
              Jim Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Debtor TIMOTHY W. KNAUS atyrusb@choiceonemail.com
              Russell A. Burdelski    on behalf of Joint Debtor KIMBERLY A. KNAUS atyrusb@choiceonemail.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Steven P Kelly    on behalf of Creditor    Shellpoint Mortgage Servicing as servicer for MTGLQ
               Investors, L.P. skelly@sterneisenberg.com
              Steven P Kelly    on behalf of Creditor    MTGLQ Investors, L.P. skelly@sterneisenberg.com
                                                                                                TOTAL: 11