Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**TIMOTHY W. KNAUS
KIMBERLY A. KNAUS**
    Debtor(s)

Bankruptcy Case No.: 17–25183–CMB
Issued Per May 23, 2019 Proceeding
Chapter: 13
Docket No.: 63 – 41, 52
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated September 25, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $943 as of June 2019. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.    Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.
The claim of MTGLQ Investors at Claim No. 4 shall be paid per loan modification dated April 11, 2019 at Dkt No. 60.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: May 29, 2019

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                      Case No. 17-25183-CMB
TIMOTHY W. KNAUS                                            Chapter 13
KIMBERLY A. KNAUS
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: jhel              Page 1 of 2           Date Rcvd: May 29, 2019
                             Form ID: 149            Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db/jdb         +TIMOTHY W. KNAUS,    KIMBERLY A. KNAUS,    8737 WITTMER ROAD,    PITTSBURGH, PA 15237-4144
cr              MTGLQ Investors, L.P.,    P.O. Box 10826,    Greenville, SC  29603-0826
cr             +MTGLQ Investors,L.P.,    c/o Shellpoint Mortgage Servicing,    PO BOX 10826,
                 GREENVILLE, SC 29603-0826
14764956       +BUTLER MEMORIAL HOSPITAL,    ONE HOSPITAL WAY,    Butler, PA 16001-4697
14764957       +CASTRIOTA METALS & RECYCLING,    1200 SAW MILL ROAD,    Pittsburgh, PA 15220-5314
14764958       +DOROTHY KNAUS,    8737 WITTMER ROAD,    Pittsburgh, PA 15237-4144
14764959       +DR. DINAKAR GOLLA,    107 GAMMA DRIVE,    Pittsburgh, PA 15238-2917
14764960        GIANT EAGLE,    1691 NW 107TH AVENUE,    Miami, FL 33172-2707
14764963       +MCCANDLESS TWP SANITARY AUTHORITY,    418 ARCADIA DRVIE,    Pittsburgh, PA 15237-5597
14790348        MTGLQ Investors, L.P,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
                 Greenville, SC  29603-0826
14764965       +PEOPLE'S GAS,    PO BOX 644760,    Pittsburgh, PA 15264-4760
14764966        PGAC,    PO BOX 305076,    Nashville, TN 37230-5076
14787074       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14764967       +SHELLPOINT MORTGAGE SERVICES,    PO BOX 10826,    Greenville, SC 29603-0826
14764968       +WASTE SERVICE OF PA LLC,    73 A W NOBLESTOWN ROAD,    Carnegie, PA 15106-1669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14764962       +E-mail/Text: cio.bncmail@irs.gov May 30 2019 03:16:15     IRS,    1000 LIBERTY AVENUE,   STE 727,
                 Pittsburgh, PA 15222-4107
14764964        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2019 03:16:50     PA DEPARTMENT OF REVENUE,
                 BANKRUPTCY DIVISION,    PO BOX 280946,    Harrisburg, PA 17128-0946
14770260        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2019 03:16:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14787128        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2019 03:37:00     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14764969        E-mail/Text: bankruptcy@firstenergycorp.com May 30 2019 03:17:21     WEST PENN POWER,
                 PO BOX 3687,    Akron, OH 44309-3687
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MTGLQ INVESTORS, L.P.
cr              MTGLQ Investors, L.P.
cr              PA Dept of Revenue
cr              Shellpoint Mortgage Servicing as servicer for MTGL
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14752383*      +IRS,    SPECIAL PROCEDURES BRANCH,    1000 Liberty Ave,    Room 727,   Pittsburgh, PA 15222-4107
14764961*      +IRS,    SPECIAL PROCEDURES BRANCH,    1000 Liberty Ave,    Room 727,   Pittsburgh, PA 15222-4107
                                                                                 TOTALS: 4, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    MTGLQ INVESTORS, L.P. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Alexandra Teresa Garcia    on behalf of Creditor    MTGLQ Investors, L.P. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
```

```
District/off: 0315-2           User: jhel              Page 2 of 2            Date Rcvd: May 29, 2019
                               Form ID: 149            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          James   Warmbrodt    on behalf of Creditor    Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
          Jim   Peavler    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Russell A. Burdelski    on behalf of Joint Debtor KIMBERLY A. KNAUS atyrusb@choiceonemail.com
          Russell A. Burdelski    on behalf of Debtor TIMOTHY W. KNAUS atyrusb@choiceonemail.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Steven P Kelly    on behalf of Creditor    Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. skelly@sterneisenberg.com
          Steven P Kelly    on behalf of Creditor    MTGLQ Investors, L.P. skelly@sterneisenberg.com
                                                                                                                                    TOTAL: 11