2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-25183-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| TIMOTHY W. KNAUS<br>8737 WITTMER ROAD<br>PITTSBURGH PA 15237 | KIMBERLY A. KNAUS<br>8737 WITTMER ROAD<br>PITTSBURGH PA 15237 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/09/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: MTGLQ Investors, L.P, c/o Shellpoint Mortgage Serving, PO Box 10826, Greenville, SC  29603-0826 | Legacy Mortgage Asset Trust 2021-GS1<br>Serviced by Select Portfolio Servicing,<br>PO Box 65250<br>Salt Lake City, UT 84165 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/12/21

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-25183-CMB |
| TIMOTHY W. KNAUS | Chapter 13 |
| KIMBERLY A. KNAUS | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: Mar 10, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14790348 | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Serving, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor MTGLQ Investors  L.P. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor MTGLQ INVESTORS  L.P. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P. bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Jim Peavler | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

Russell A. Burdelski
    on behalf of Joint Debtor KIMBERLY A. KNAUS Russ@BurdelskiLaw.com russ.burdelski@gmail.com

Russell A. Burdelski
    on behalf of Debtor TIMOTHY W. KNAUS Russ@BurdelskiLaw.com russ.burdelski@gmail.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Steven P Kelly
    on behalf of Creditor MTGLQ Investors L.P. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Steven P Kelly
    on behalf of Creditor Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 12