UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **TIMOTHY & KIMBERLY KNAUS** ) | Case No. 17-25183-CMB |
| ) | Chapter 13 |
| Debtor, ) | Filed Under Local Rule |
| ) | 9013.4 6(b) |
| Russell A. Burdelski, Esquire ) | RAB-5 |
| Applicant ) | Hearing Date _1/31/23@_1:30PM |
| ) | Related to Doc. No. 87 |
| ) | Response Due 12/27/22 |
| No Respondent ) | |

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, to wit, this  30th  day of   December   , 20 22

the **APPLICATION OF RUSSELL A. BURDELSKI, ESQUIRE FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved in the amount of $_1875.00____, which represents $1825.00 _ in attorney's fees and Administrative fees and $_50.00_ in costs for the time period of ___10/06/17__ to _____12/09/22_____. Debtor's counsel has already been approved to be paid $4,000.00 to date (*i.e. $1,000.00 retainer and $3,000.00 through the plan*), and the balance of $1875 remains and shall be paid by the Chapter 13 Trustee to the extent provided for in the confirmed Chapter 13 plan. Thus, the grand total of all fees and costs approved thus far as follows: $1,000.00 retainer + $3,000.00 thru plan + $1,875 = $5,875.00

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

By the Court

*Carlota M. Böhm* dmr
United States Bankruptcy Judge

Russ@BurdelskiLaw.com

FILED
12/30/22 10:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-25183-CMB |
| TIMOTHY W. KNAUS | Chapter 13 |
| KIMBERLY A. KNAUS | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 30, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | TIMOTHY W. KNAUS, KIMBERLY A. KNAUS, 8737 WITTMER ROAD, PITTSBURGH, PA 15237-4144 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor MTGLQ Investors  L.P. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor MTGLQ INVESTORS  L.P. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P. bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Jim Peavler | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 30, 2022 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | |
| | on behalf of Joint Debtor KIMBERLY A. KNAUS Russ@BurdelskiLaw.com russ.burdelski@gmail.com |
| Russell A. Burdelski | |
| | on behalf of Debtor TIMOTHY W. KNAUS Russ@BurdelskiLaw.com russ.burdelski@gmail.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Steven P Kelly | |
| | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P Kelly | |
| | on behalf of Creditor MTGLQ Investors L.P. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 12