**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**TIMOTHY W. KNAUS**
**KIMBERLY A. KNAUS**
 Debtor(s)

Bankruptcy Case No.: 17−25183−CMB
Related to Doc. No. 98
Chapter: 13
Docket No.: 99 − 98

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 29th of March, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/15/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/14/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/15/23.**

                                               Carlota M Bohm
                                               United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-25183-CMB
TIMOTHY W. KNAUS  Chapter 13
KIMBERLY A. KNAUS
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Mar 29, 2023     Form ID: 408v     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | TIMOTHY W. KNAUS, KIMBERLY A. KNAUS, 8737 WITTMER ROAD, PITTSBURGH, PA 15237-4144 |
| cr | + | Legacy Mortgage Asset Trust 2021-GS1, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14764957 | + | CASTRIOTA METALS & RECYCLING, 1200 SAW MILL ROAD, Pittsburgh, PA 15220-5314 |
| 14764958 | + | DOROTHY KNAUS, 8737 WITTMER ROAD, Pittsburgh, PA 15237-4144 |
| 14764959 | + | DR. DINAKAR GOLLA, 107 GAMMA DRIVE, Pittsburgh, PA 15238-2917 |
| 14764960 | | GIANT EAGLE, 1691 NW 107TH AVENUE, Miami, FL 33172-2707 |
| 14764963 | + | MCCANDLESS TWP SANITARY AUTHORITY, 418 ARCADIA DRVIE, Pittsburgh, PA 15237-5597 |
| 14764965 | + | PEOPLE'S GAS, PO BOX 644760, Pittsburgh, PA 15264-4760 |
| 14764966 | | PGAC, PO BOX 305076, Nashville, TN 37230-5076 |
| 14764968 | + | WASTE SERVICE OF PA LLC, 73 A W NOBLESTOWN ROAD, Carnegie, PA 15106-1669 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: mtgbk@shellpointmtg.com | Mar 29 2023 23:53:00 | MTGLQ Investors, L.P., P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Mar 29 2023 23:53:00 | MTGLQ Investors,L.P., c/o Shellpoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 29 2023 23:55:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14764956 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Mar 29 2023 23:53:16 | BUTLER MEMORIAL HOSPITAL, ONE HOSPITAL WAY, Butler, PA 16001 |
| 14764962 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 29 2023 23:53:00 | IRS, 1000 LIBERTY AVENUE, STE 727, Pittsburgh, PA 15222-4107 |
| 15348040 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 29 2023 23:55:00 | Legacy Mortgage Asset Trust 2021-GS1, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14790348 | | Email/Text: mtgbk@shellpointmtg.com | Mar 29 2023 23:53:00 | MTGLQ Investors, L.P, c/o Shellpoint Mortgage Serving, PO Box 10826, Greenville, SC 29603-0826 |
| 14764964 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 29 2023 23:54:00 | PA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14770260 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 29 2023 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14787074 | + | Email/Text: ebnpeoples@grblaw.com | Mar 29 2023 23:53:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14764967 | + | Email/Text: mtgbk@shellpointmtg.com | | |

Case 17-25183-CMB   Doc 100   Filed 03/31/23   Entered 04/01/23 00:31:59   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 408v | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 29 2023 23:53:00 | SHELLPOINT MORTGAGE SERVICES, PO BOX 10826, Greenville, SC 29603-0826 |
| 14787128 | | Email/PDF: ebn_ais@aisinfo.com | Mar 29 2023 23:52:58 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14764969 | | Email/Text: bankruptcy@firstenergycorp.com | Mar 29 2023 23:54:00 | WEST PENN POWER, PO BOX 3687, Akron, OH 44309-3687 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MTGLQ INVESTORS, L.P. |
| cr | | MTGLQ Investors, L.P. |
| cr | | PA Dept of Revenue |
| cr | | Shellpoint Mortgage Servicing as servicer for MTGL |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14752383 | *+ | IRS, SPECIAL PROCEDURES BRANCH, 1000 Liberty Ave, Room 727, Pittsburgh, PA 15222-4107 |
| 14764961 | *+ | IRS, SPECIAL PROCEDURES BRANCH, 1000 Liberty Ave, Room 727, Pittsburgh, PA 15222-4107 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor MTGLQ INVESTORS  L.P. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor MTGLQ Investors  L.P. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P. bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Jim Peavler | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 29, 2023 | Form ID: 408v | Total Noticed: 23 |

| | |
|---|---|
| Russell A. Burdelski | on behalf of Joint Debtor KIMBERLY A. KNAUS Russ@BurdelskiLaw.com russ.burdelski@gmail.com |
| | on behalf of Debtor TIMOTHY W. KNAUS Russ@BurdelskiLaw.com russ.burdelski@gmail.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Steven P Kelly | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P Kelly | on behalf of Creditor MTGLQ Investors L.P. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 12