**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMOTHY W. KNAUS<br>KIMBERLY A. KNAUS<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:17-25183<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 28, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/30/2017 and confirmed on 3/19/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 54,301.37 |
| Less Refunds to Debtor | 1,317.59 | |
| TOTAL AMOUNT OF PLAN FUND | | 52,983.78 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,875.00 | |
|    Trustee Fee | 2,525.54 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,400.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LEGACY MORTGAGE ASSET TRUST 2021-<br>    Acct: 4639 | 4,243.78 | 4,243.78 | 0.00 | 4,243.78 |
|   LEGACY MORTGAGE ASSET TRUST 2021-<br>    Acct: 4639 | 3,828.49 | 3,828.49 | 0.00 | 3,828.49 |
|   LEGACY MORTGAGE ASSET TRUST 2021-<br>    Acct: 4639 | 0.00 | 28,297.12 | 0.00 | 28,297.12 |
|   LEGACY MORTGAGE ASSET TRUST 2021-<br>    Acct: 4639 | 0.00 | 0.00 | 0.00 | 0.00 |
|   MCCANDLESS TWP SANITARY AUTH<br>    Acct: 8821 | 468.46 | 468.46 | 199.29 | 667.75 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: 7181 | 6,256.57 | 6,256.57 | 1,116.72 | 7,373.29 |
| | | | | 44,410.43 |
| **Priority** | | | | |
|   RUSSELL A. BURDELSKI<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   TIMOTHY W. KNAUS<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   TIMOTHY W. KNAUS<br>    Acct: | 1,317.59 | 1,317.59 | 0.00 | 0.00 |
|   LAW OFFICES OF RUSSELL A BURDELSKI<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   RUSSELL A. BURDELSKI<br>    Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   RUSSELL A. BURDELSKI<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   RUSSELL A. BURDELSKI<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX9-22 | 1,875.00 | 1,875.00 | 0.00 | 0.00 |
|   LEGACY MORTGAGE ASSET TRUST 2021-<br>    Acct: 4639 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |

17-25183                                                                                                  Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 2684 | | | | |
| | CASTRIOTA METALS AND RECYCLING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DR DINAKAR GOLLA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GIANT EAGLE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7181 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 1,057.27 | 1,057.27 | 0.00 | 1,057.27 |
| | Acct: 9635 | | | | |
| | PGAC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7011 | | | | |
| | WASTE SERVICE OF PA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1364 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 115.54 | 115.54 | 0.00 | 115.54 |
| | Acct: 0001 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DOROTHY KNAUS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,172.81 |

| TOTAL PAID TO CREDITORS | | | | | 45,583.24 |
|---|---|---|---|---|---:|

TOTAL CLAIMED
PRIORITY                  0.00
SECURED          14,797.30
UNSECURED        1,172.81

Date: 03/28/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   TIMOTHY W. KNAUS
   KIMBERLY A. KNAUS
       Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:17-25183

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
TIMOTHY W. KNAUS  
KIMBERLY A. KNAUS  
    Debtors

Case No. 17-25183-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | TIMOTHY W. KNAUS, KIMBERLY A. KNAUS, 8737 WITTMER ROAD, PITTSBURGH, PA 15237-4144 |
| cr | + | Legacy Mortgage Asset Trust 2021-GS1, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14764957 | + | CASTRIOTA METALS & RECYCLING, 1200 SAW MILL ROAD, Pittsburgh, PA 15220-5314 |
| 14764958 | + | DOROTHY KNAUS, 8737 WITTMER ROAD, Pittsburgh, PA 15237-4144 |
| 14764959 | + | DR. DINAKAR GOLLA, 107 GAMMA DRIVE, Pittsburgh, PA 15238-2917 |
| 14764960 | | GIANT EAGLE, 1691 NW 107TH AVENUE, Miami, FL 33172-2707 |
| 14764963 | + | MCCANDLESS TWP SANITARY AUTHORITY, 418 ARCADIA DRVIE, Pittsburgh, PA 15237-5597 |
| 14764965 | + | PEOPLE'S GAS, PO BOX 644760, Pittsburgh, PA 15264-4760 |
| 14764966 | | PGAC, PO BOX 305076, Nashville, TN 37230-5076 |
| 14764968 | + | WASTE SERVICE OF PA LLC, 73 A W NOBLESTOWN ROAD, Carnegie, PA 15106-1669 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: mtgbk@shellpointmtg.com | Mar 29 2023 23:53:00 | MTGLQ Investors, L.P., P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Mar 29 2023 23:53:00 | MTGLQ Investors,L.P., c/o Shellpoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 29 2023 23:55:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14764956 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Mar 29 2023 23:53:16 | BUTLER MEMORIAL HOSPITAL, ONE HOSPITAL WAY, Butler, PA 16001 |
| 14764962 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 29 2023 23:53:00 | IRS, 1000 LIBERTY AVENUE, STE 727, Pittsburgh, PA 15222-4107 |
| 15348040 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 29 2023 23:55:00 | Legacy Mortgage Asset Trust 2021-GS1, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14790348 | | Email/Text: mtgbk@shellpointmtg.com | Mar 29 2023 23:53:00 | MTGLQ Investors, L.P, c/o Shellpoint Mortgage Serving, PO Box 10826, Greenville, SC 29603-0826 |
| 14764964 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 29 2023 23:54:00 | PA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14770260 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 29 2023 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14787074 | + | Email/Text: ebnpeoples@grblaw.com | Mar 29 2023 23:53:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14764967 | + | Email/Text: mtgbk@shellpointmtg.com | | |

Case 17-25183-CMB    Doc 101    Filed 03/31/23    Entered 04/01/23 00:31:59    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 23 |

| | | Mar 29 2023 23:53:00 | SHELLPOINT MORTGAGE SERVICES, PO BOX 10826, Greenville, SC 29603-0826 |
|---|---|---|---|
| 14787128 | Email/PDF: ebn_ais@aisinfo.com | Mar 29 2023 23:52:41 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14764969 | Email/Text: bankruptcy@firstenergycorp.com | Mar 29 2023 23:54:00 | WEST PENN POWER, PO BOX 3687, Akron, OH 44309-3687 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MTGLQ INVESTORS, L.P. |
| cr | | MTGLQ Investors, L.P. |
| cr | | PA Dept of Revenue |
| cr | | Shellpoint Mortgage Servicing as servicer for MTGL |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14752383 | *+ | IRS, SPECIAL PROCEDURES BRANCH, 1000 Liberty Ave, Room 727, Pittsburgh, PA 15222-4107 |
| 14764961 | *+ | IRS, SPECIAL PROCEDURES BRANCH, 1000 Liberty Ave, Room 727, Pittsburgh, PA 15222-4107 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor MTGLQ INVESTORS  L.P. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor MTGLQ Investors  L.P. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P. bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Jim Peavler | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 23 |

| | |
|---|---|
| | on behalf of Joint Debtor KIMBERLY A. KNAUS Russ@BurdelskiLaw.com russ.burdelski@gmail.com |
| Russell A. Burdelski | |
| | on behalf of Debtor TIMOTHY W. KNAUS Russ@BurdelskiLaw.com russ.burdelski@gmail.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Steven P Kelly | |
| | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P Kelly | |
| | on behalf of Creditor MTGLQ Investors L.P. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 12