IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
TIMOTHY W. KNAUS
KIMBERLY A. KNAUS
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-25183

Chapter 13

Document No.: 98

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __16th__ day of __May__, 20__23__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
5/16/23 11:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ **dmr**
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
TIMOTHY W. KNAUS  
KIMBERLY A. KNAUS  
    Debtors

Case No. 17-25183-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: May 16, 2023      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | TIMOTHY W. KNAUS, KIMBERLY A. KNAUS, 8737 WITTMER ROAD, PITTSBURGH, PA 15237-4144 |
| cr | + | Legacy Mortgage Asset Trust 2021-GS1, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14764957 | + | CASTRIOTA METALS & RECYCLING, 1200 SAW MILL ROAD, Pittsburgh, PA 15220-5314 |
| 14764958 | + | DOROTHY KNAUS, 8737 WITTMER ROAD, Pittsburgh, PA 15237-4144 |
| 14764959 | + | DR. DINAKAR GOLLA, 107 GAMMA DRIVE, Pittsburgh, PA 15238-2917 |
| 14764960 | | GIANT EAGLE, 1691 NW 107TH AVENUE, Miami, FL 33172-2707 |
| 14764963 | + | MCCANDLESS TWP SANITARY AUTHORITY, 418 ARCADIA DRVIE, Pittsburgh, PA 15237-5597 |
| 14764965 | + | PEOPLE'S GAS, PO BOX 644760, Pittsburgh, PA 15264-4760 |
| 14764966 | | PGAC, PO BOX 305076, Nashville, TN 37230-5076 |
| 14764968 | + | WASTE SERVICE OF PA LLC, 73 A W NOBLESTOWN ROAD, Carnegie, PA 15106-1669 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: mtgbk@shellpointmtg.com | May 17 2023 00:07:00 | MTGLQ Investors, L.P., P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | May 17 2023 00:07:00 | MTGLQ Investors,L.P., c/o Shellpoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2023 00:08:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14764956 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | May 17 2023 00:07:00 | BUTLER MEMORIAL HOSPITAL, ONE HOSPITAL WAY, Butler, PA 16001 |
| 14764962 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 17 2023 00:07:00 | IRS, 1000 LIBERTY AVENUE, STE 727, Pittsburgh, PA 15222-4107 |
| 15348040 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2023 00:08:00 | Legacy Mortgage Asset Trust 2021-GS1, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14790348 | | Email/Text: mtgbk@shellpointmtg.com | May 17 2023 00:07:00 | MTGLQ Investors, L.P, c/o Shellpoint Mortgage Serving, PO Box 10826, Greenville, SC 29603-0826 |
| 14764964 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2023 00:08:00 | PA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14770260 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2023 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14787074 | + | Email/Text: ebnpeoples@grblaw.com | May 17 2023 00:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14764967 | + | Email/Text: mtgbk@shellpointmtg.com | | |

Case 17-25183-CMB    Doc 106    Filed 05/18/23    Entered 05/19/23 00:28:55    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 23 |

| | | | May 17 2023 00:07:00 | SHELLPOINT MORTGAGE SERVICES, PO BOX 10826, Greenville, SC 29603-0826 |
|---|---|---|---|---|
| 14787128 | | Email/PDF: ebn_ais@aisinfo.com | May 17 2023 00:14:32 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14764969 | | Email/Text: bankruptcy@firstenergycorp.com | May 17 2023 00:08:00 | WEST PENN POWER, PO BOX 3687, Akron, OH 44309-3687 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MTGLQ INVESTORS, L.P. |
| cr | | MTGLQ Investors, L.P. |
| cr | | PA Dept of Revenue |
| cr | | Shellpoint Mortgage Servicing as servicer for MTGL |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14752383 | *+ | IRS, SPECIAL PROCEDURES BRANCH, 1000 Liberty Ave, Room 727, Pittsburgh, PA 15222-4107 |
| 14764961 | *+ | IRS, SPECIAL PROCEDURES BRANCH, 1000 Liberty Ave, Room 727, Pittsburgh, PA 15222-4107 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor MTGLQ INVESTORS  L.P. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor MTGLQ Investors  L.P. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P. bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Jim Peavler | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Joint Debtor KIMBERLY A. KNAUS Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: May 16, 2023 Form ID: pdf900 Total Noticed: 23

Russell A. Burdelski
                              on behalf of Debtor TIMOTHY W. KNAUS Russ@BurdelskiLaw.com russ.burdelski@gmail.com

S. James Wallace
                              on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Steven P Kelly
                              on behalf of Creditor Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Steven P Kelly
                              on behalf of Creditor MTGLQ Investors L.P. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 12