**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMOTHY W. KNAUS<br>KIMBERLY A. KNAUS<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>No Repondents. | Case No.:17-25183 CMB<br><br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 12/30/2017  and confirmed on 03/19/2018 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 54,301.37 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 54,301.37 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 4,875.00 | |
| 　Trustee Fee | 2,525.54 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,400.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　LEGACY MORTGAGE ASSET TRUST 2021-<br>　　Acct: 4639 | 4,243.78 | 4,243.78 | 0.00 | 4,243.78 |
| 　LEGACY MORTGAGE ASSET TRUST 2021-<br>　　Acct: 4639 | 3,828.49 | 3,828.49 | 0.00 | 3,828.49 |
| 　LEGACY MORTGAGE ASSET TRUST 2021-<br>　　Acct: 4639 | 0.00 | 28,297.12 | 0.00 | 28,297.12 |
| 　LEGACY MORTGAGE ASSET TRUST 2021-<br>　　Acct: 4639 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　MCCANDLESS TWP SANITARY AUTH<br>　　Acct: 8821 | 468.46 | 468.46 | 199.29 | 667.75 |
| 　PA DEPARTMENT OF REVENUE*<br>　　Acct: 7181 | 6,256.57 | 6,256.57 | 1,116.72 | 7,373.29 |
| | | | | 44,410.43 |
| Priority | | | | |
| 　RUSSELL A. BURDELSKI<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　TIMOTHY W. KNAUS<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| TIMOTHY W. KNAUS | 1,317.59 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF RUSSELL A BURDELSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RUSSELL A. BURDELSKI | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RUSSELL A. BURDELSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RUSSELL A. BURDELSKI | 1,875.00 | 1,875.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX9-22 | | | | |
| LEGACY MORTGAGE ASSET TRUST 2021 | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4639 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 1,317.59 | 1,317.59 | 0.00 | 1,317.59 |
| Acct: XXXXXXXXXXXXXXXXX5183 | | | | |
| | | | | 1,317.59 |
| **Unsecured** | | | | |
| BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2684 | | | | |
| CASTRIOTA METALS AND RECYCLING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DR DINAKAR GOLLA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GIANT EAGLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7181 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,057.27 | 1,057.27 | 0.00 | 1,057.27 |
| Acct: 9635 | | | | |
| PGAC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7011 | | | | |
| WASTE SERVICE OF PA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1364 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 115.54 | 115.54 | 0.00 | 115.54 |
| Acct: 0001 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DOROTHY KNAUS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,172.81 |

TOTAL PAID TO CREDITORS                                                                                     46,900.83

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 1,317.59 |
| SECURED | 14,797.30 |
| UNSECURED | 1.172.81 |

Date: 08/07/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com